UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DILENIA PAGUADA,
                          Plaintiff,

                -against-

KORE ESSENTIALS, INC.,
                         Defendant.
------------------------------------------------------------- X

21 Civ. 1244 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pre-trial and pre-motion conference was held on May 20, 2021. For the reasons stated during the conference, it is hereby

    **ORDERED** that the Defendant's deadline to answer, move or otherwise respond to the First Amended Complaint (Dkt. No. 16) is **ADJOURNED** *sine die*. A Civil Case Management Plan and Scheduling Order and referral to the Court-annexed Mediation Program will issue separately. It is further

    **ORDERED** that, by **July 1, 2021**, the parties shall file a joint status letter apprising the Court of the outcome of mediation discussions and, if the matter is not resolved, stating whether Defendant intends to file a motion to dismiss or answer the First Amended Complaint.

    The Clerk of Court is respectfully directed to close the motion at Docket No. 18.

Dated: May 20, 2021
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE